FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN MYRICK, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 4:18-CV-05005-EFS <br><br> **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STRIKE AND EXTENDING THE TIME TO FILE ANSWER** |

Before the Court, without oral argument, is Defendant Commissioner of Social Security's Motion to Strike and Motion for Extension of Time to File Defendant's Answer, ECF No. 9. On January 5, 2018, Plaintiff Steven Myrick filed a complaint in this matter, which was subsequently served upon the Commissioner. *See* ECF Nos. 1 & 5. On April, 10, 2018, the Commissioner filed a Motion to Dismiss, ECF No. 8, arguing that Mr. Myrick's complaint was untimely. The Commissioner now seeks to withdraw that motion.

Counsel for the Commissioner states that she based the Motion to Dismiss on a factual mistake; her office had mistakenly believed Mr. Myrick to be someone else with a similar name. *See* ECF No. 9. She therefore asks that the Court strike the Motion to Dismiss and extend the answer deadline to May 24, 2018. *See* ECF No. 9. The Commissioner's counsel further avers that Mr. Myrick has no objection to the relief requested. *See* ECF No. 9.

Order Striking Motion to Dismiss - 1

Upon reviewing the record, the Court finds good cause to allow the Commissioner to withdraw her previous Motion to Dismiss and to extend the answer deadline. *See* Fed. R. Civ. P. 6(b).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Strike and Motion for Extension of Time to File Defendant's Answer, **ECF No. 9**, is **GRANTED.**
2. **The Clerk's Office** shall **STRIKE** Defendant's Motion to Dismiss, **ECF No. 8**.
3. **Defendant** may file an answer, as well as the administrative record, by no later than **Thursday, May 24, 2018**,

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of April 2018.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge