# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SCOTT M.,

*Plaintiff*

v.

NANCY A. BERRYHILL, COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 4:18-CV-5005-EFS

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2019

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 15) is GRANTED. This case is remanded to the Commissioner of Social Security for further proceedings pursuant to 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment (ECF No. 19) is DENIED. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on Motions for Summary Judgment (ECF Nos. 15 and 19).

Date: March 1, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb